# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ebel, David M. | Tenth Circuit Court of Appeals | 10/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Senior) | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Byron White U.S. Courthouse
1823 Stout Street
Room 109L
Denver, CO 80257

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Public Employees Retirement Association (PERA) -- retirement |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 10/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 10/14/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Magellan Fd. | B | Dividend | K | T | | | | | |
| 2. Janus Contrarian Fd. | D | Dividend | L | T | Buy | 02/25/14 | K | | |
| 3. " " " | | | | | Buy | 08/14/14 | K | | |
| 4. " " " | | | | | Buy (add'l) | 12/17/14 | J | | |
| 5. Janus Global Research Fd. D | A | Dividend | | | Sold | 10/15/14 | J | A | |
| 6. Janus Global Life Science Fd. D | D | Dividend | M | T | Buy (add'l) | 02/25/14 | K | | |
| 7. " " " | | | | | Sold (part) | 07/01/14 | K | A | |
| 8. " " " | | | | | Buy (add'l) | 08/14/14 | K | | |
| 9. " " " | | | | | Buy (add'l) | 12/17/14 | J | | |
| 10. Janus Money Market Fd. D | A | Interest | M | T | Buy (add'l) | 01/24/14 | K | | |
| 11. " " " | | | | | Sold (part) | 02/25/14 | K | A | |
| 12. " " " | | | | | Buy (add'l) | 07/01/14 | J | | |
| 13. " " " | | | | | Sold (part) | 08/14/14 | K | A | |
| 14. " " " | | | | | Buy (add'l) | 10/15/14 | L | | |
| 15. Janus Global Select Fund D | | None | | | Sold | 10/15/14 | J | A | |
| 16. Fidelity Cash Reserves | A | Interest | K | T | | | | | |
| 17. Fidelity Select Energy Service Fd. | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 10/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EYEris Inc. Class A Common Stock | A | Dividend | J | T | | | | | |
| 19. EYEris Inc. Class B Common Stock | A | Dividend | J | T | | | | | |
| 20. Janus Growth & Income Fd. D | B | Dividend | K | T | Sold (part) | 01/24/14 | K | B | |
| 21. " " " | | | | | Sold (part) | 02/25/14 | K | B | |
| 22. Fidelity U.S. Gov't Reserves | A | Interest | J | T | | | | | |
| 23. Fidelity Emerging Markets Fd. | A | Dividend | J | T | | | | | |
| 24. Fidelity Value Fd. | A | Dividend | L | T | | | | | |
| 25. Fidelity Diversified Int'l Fd. | A | Dividend | J | T | | | | | |
| 26. Dodge & Cox Stock Fd. | A | Dividend | J | T | Sold (part) | 01/24/14 | K | B | |
| 27. " " " | | | | | Sold (part) | 10/15/14 | K | B | |
| 28. Dodge & Cox Balanced Fd. | B | Dividend | L | T | | | | | |
| 29. Dodge & Cox Income Fd. | B | Dividend | L | T | Buy (add'l) | 01/24/14 | K | | |
| 30. " " " | | | | | Sold (part) | 08/18/14 | K | B | |
| 31. " " " | | | | | Buy (add'l) | 10/15/14 | L | | |
| 32. Royce Opportunity Fd. | | None | | | Sold (part) | 08/18/14 | J | A | |
| 33. " " " | | | | | Sold | 10/15/14 | J | A | |
| 34. Royce Total Returns Fd. | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 10/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Janus Short Term Bond Fd. D. | A | Dividend | J | T | | | | | |
| 36. Intech U.S. Core Fd. D | C | Dividend | K | T | Sold (part) | 10/15/14 | K | B | |
| 37. " " " | | | | | Buy (add'l) | 12/19/14 | J | | |
| 38. Perkins Mid-Cap Value Fd. D | C | Dividend | K | T | Buy (add'l) | 12/19/14 | J | | |
| 39. Fidelity Int'l Small Cap Fd. | A | Dividend | K | T | | | | | |
| 40. Fidelity Contra Fd. | A | Dividend | K | T | | | | | |
| 41. Fidelity Select Wireless Fd. | A | Dividend | J | T | | | | | |
| 42. Dodge & Cox International Fd. | A | Dividend | J | T | | | | | |
| 43. Royce Pennsylvania Fd. | | None | | | Sold | 10/15/14 | J | A | |
| 44. Royce Premier Fd. | B | Dividend | K | T | Buy (add'l) | 08/18/14 | J | | |
| 45. " " " | | | | | Sold (part) | 10/15/14 | K | B | |
| 46. " " " | | | | | Buy (add'l) | 12/17/14 | J | | |
| 47. Royce 100 Fd. | | None | | | Sold | 10/15/14 | J | A | |
| 48. Royce Value Plus Fd. | | None | | | Sold | 10/15/14 | J | A | |
| 49. Northwestern Mutual Modified Whole Life Policies | E | Interest | M | T | | | | | |
| 50. Mass. Mutual Whole Life Policy | C | Interest | K | T | | | | | |
| 51. Thrivant Lutheran Brotherhood Whole Life Policy | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 10/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Janus Enterprise Fund D | A | Dividend | J | T | Sold (part) | 07/01/14 | J | B | |
| 53. " " " | | | | | Sold (part) | 10/15/14 | K | B | |
| 54. Fidelity Canada Fd. | A | Dividend | J | T | | | | | |
| 55. Fidelity Real Estate Investments | A | Dividend | J | T | | | | | |
| 56. Fidelity Environmental and Alternative Energy | A | Dividend | J | T | | | | | |
| 57. Janus Fund D | A | Dividend | J | T | Buy (add'l) | 12/17/14 | J | | |
| 58. Fidelity Select Natural Resources | A | Dividend | J | T | | | | | |
| 59. Dodge & Cox Global Stock Fd. | A | Dividend | J | T | Buy (add'l) | 08/18/14 | K | | |
| 60. " " " | | | | | Sold (part) | 10/15/14 | K | A | |
| 61. Janus Triton Fund D | | None | | | Sold (part) | 07/01/14 | J | B | |
| 62. " " " | | | | | Sold | 10/15/14 | J | B | |
| 63. General Motors Co. | A | Dividend | J | T | Sold | 03/28/14 | J | B | |
| 64. Open Intelligence Software Group, Inc. Class A Common Stock | | None | J | T | | | | | |
| 65. Lyza Software Group, Inc. Class A Common Stock | | None | J | T | | | | | |
| 66. Exxon Mobil Corp. | A | Dividend | J | T | Sold | 03/06/14 | J | A | |
| 67. Ford Motor Co. Del. Com. | A | Dividend | | | Buy | 03/20/14 | J | | |
| 68. " " " | | | | | Sold (part) | 04/25/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 10/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. " " " | | | | | Sold (part) | 06/23/14 | J | A | |
| 70. " " " | | | | | Sold | 06/26/14 | J | A | |
| 71. Pitney Bowes, Inc. | | None | | | Sold | 01/14/14 | J | A | |
| 72. Rite Aid Corp. | | None | | | Sold (part) | 05/09/14 | J | A | |
| 73. " " " | | | | | Buy (add'l) | 10/03/14 | J | | |
| 74. " " " | | | | | Sold | 10/13/14 | J | A | |
| 75. Amgen Inc | A | Dividend | | | Buy | 01/23/14 | J | | |
| 76. " " " | | | | | Sold | 07/24/14 | J | A | |
| 77. Apple Inc | A | Dividend | J | T | Buy | 01/31/14 | J | | |
| 78. Brigus Gold Corp Com | | None | J | T | Buy | 02/27/14 | J | | |
| 79. Ballad Power | | None | | | Buy | 03/05/14 | J | | |
| 80. " " " | | | | | Buy (add'l) | 03/13/14 | J | | |
| 81. " " " | | | | | Sold (part) | 03/18/14 | J | A | |
| 82. " " " | | | | | Sold | 07/30/14 | J | A | |
| 83. Intel Corp | A | Dividend | J | T | Buy | 03/13/14 | J | | |
| 84. CVS Health Corp | A | Dividend | J | T | Buy | 03/14/14 | J | | |
| 85. Och-Ziff Cap Mgmt | | None | | | Buy | 03/11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 10/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   " " " | | | | | Sold | 03/19/14 | J | A | |
| 87.   Rexahn Pharmaceuticals Inc | | None | J | T | Buy | 03/14/14 | J | | |
| 88.   Guggenheim S&P Small Cap 600 | A | Dividend | | | Buy | 03/14/14 | J | | |
| 89.   " " " | | | | | Sold (part) | 04/28/14 | J | A | |
| 90.   " " " | | | | | Sold | 06/23/14 | J | A | |
| 91.   Triangle Petroleum | | None | J | T | Buy | 03/14/14 | J | | |
| 92.   " " " | | | | | Sold | 03/31/14 | J | A | |
| 93.   " " " | | | | | Buy | 05/19/14 | J | | |
| 94.   " " " | | | | | Buy (add'l) | 09/02/14 | J | | |
| 95.   " " " | | | | | Sold (part) | 09/08/14 | J | A | |
| 96.   Cisco Sys Inc | | None | | | Buy | 03/17/14 | J | | |
| 97.   " " " | | | | | Sold | 03/18/14 | J | A | |
| 98.   REX Energy Corp | | None | | | Buy | 03/18/14 | J | | |
| 99.   " " " | | | | | Sold | 04/22/14 | J | A | |
| 100.  First Trust Portfolio Funds | A | Dividend | | | Buy | 03/20/14 | J | | |
| 101.  " " " | | | | | Sold (part) | 04/25/14 | J | A | |
| 102.  " " " | | | | | Sold (part) | 06/23/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 10/14/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. " " " | | | | | Sold | 06/26/14 | J | A | |
| 104. Valero | A | Dividend | | | Buy | 03/28/14 | J | | |
| 105. " " " | | | | | Buy (add'l) | 08/01/14 | J | | |
| 106. " " " | | | | | Sold (part) | 09/29/14 | J | A | |
| 107. " " " | | | | | Sold | 10/02/14 | J | A | |
| 108. Magna International Inc | A | Dividend | | | Buy | 03/31/14 | J | | |
| 109. " " " | | | | | Sold | 12/17/14 | J | A | |
| 110. Medallion Resources | | None | J | T | Buy | 04/09/14 | J | | |
| 111. Berkshire Hathaway | | None | | | Buy | 04/23/14 | J | | |
| 112. " " " | | | | | Sold | 04/24/14 | J | A | |
| 113. Compressco Partners L P | | None | | | Buy | 04/25/14 | J | | |
| 114. " " " | | | | | Sold | 07/01/14 | J | A | |
| 115. Google Inc | | None | | | Buy | 05/06/14 | J | | |
| 116. " " " | | | | | Sold | 5/16/14 | J | A | |
| 117. RSP Permian Inc | | None | | | Buy | 05/16/14 | J | | |
| 118. " " " | | | | | Sold | 07/03/14 | J | A | |
| 119. Whole Foods MKT Inc | | None | | | Buy | 05/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 10/14/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. " " " | | | | | Sold | 06/03/14 | J | A | |
| 121. Canadian Energy Svcs | A | Dividend | | | Buy | 05/21/14 | J | | |
| 122. " " " | | | | | Sold | 10/07/14 | J | A | |
| 123. Lynden Energy Corp | | None | | | Buy | 06/02/14 | J | | |
| 124. " " " | | | | | Buy (add'l) | 08/21/14 | J | | |
| 125. " " " | | | | | Buy (add'l) | 08/29/14 | J | | |
| 126. " " " | | | | | Sold | 09/10/14 | J | A | |
| 127. Penn VA Corp | | None | | | Buy | 06/13/14 | J | | |
| 128. " " " | | | | | Sold | 07/30/14 | J | A | |
| 129. Rock Energy | | None | | | Buy | 06/20/14 | J | | |
| 130. " " " | | | | | Buy (add'l) | 08/25/14 | J | | |
| 131. " " " | | | | | Sold | 09/26/14 | J | A | |
| 132. AT&T Inc | A | Dividend | | | Buy | 07/01/14 | J | | |
| 133. " " " | | | | | Buy (add'l) | 07/10/14 | J | | |
| 134. " " " | | | | | Sold | 08/22/14 | J | A | |
| 135. Total SA Spon | | None | | | Buy | 07/03/14 | J | | |
| 136. " " " | | | | | Sold | 07/07/14 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 10/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Facebook Inc | | None | J | T | Buy | 04/29/14 | J | | |
| 138. " " " | | | | | Sold (part) | 09/22/14 | J | B | |
| 139. General Electric Co | A | Dividend | | | Buy | 04/29/14 | J | | |
| 140. " " " | | | | | Buy (add'l) | 07/25/14 | J | | |
| 141. " " " | | | | | Sold (part) | 09/19/14 | J | A | |
| 142. " " " | | | | | Sold | 09/24/14 | J | A | |
| 143. Gilead Sciences Inc | | None | J | T | Buy | 09/09/14 | J | | |
| 144. " " " | | | | | Sold (part) | 10/14/14 | J | A | |
| 145. Home Depot Inc | | None | | | Buy | 09/26/14 | J | | |
| 146. " " " | | | | | Sold | 10/15/14 | J | A | |
| 147. INTL Business Mach, IBM | | None | | | Buy | 11/17/14 | J | | |
| 148. " " " | | | | | Sold | 12/02/14 | J | A | |
| 149. Kinder Morgan Inc | | None | | | Buy | 08/12/14 | J | | |
| 150. " " " | | | | | Sold | 09/22/14 | J | A | |
| 151. National Oilwell Varco | A | Dividend | | | Buy | 04/28/14 | J | | |
| 152. " " " | | | | | Sold | 09/22/14 | J | A | |
| 153. PDL Biopharma Inc | A | Dividend | | | Buy | 08/26/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 10/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. " " " | | | | | Sold | 10/20/14 | J | A | |
| 155. EOG Resources Inc | | None | J | T | Buy | 12/19/14 | J | | |
| 156. Ishares Trust Msci USA Momentum | A | Dividend | K | T | Buy | 11/21/14 | K | | |
| 157. Johnson & Johnson | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 158. Micron Technology | | None | J | T | Buy | 10/20/14 | J | | |
| 159. Positiveid Corp | | None | J | T | Buy | 10/16/14 | J | | |
| 160. Fidelity Select Health Care | A | Dividend | J | T | Buy | 09/18/14 | J | | |
| 161. US Bank | A | Interest | K | T | | | | | |
| 162. Fidelity Acct. Individual | A | Interest | J | T | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 10/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Line 161, U.S. Bank was reported last year on line 13.

2. Line 162, Fidelity Acct Individual was reported last year on line 75.

3. The following line entries from the report this year dated July 15, 2015, which previously had been submitted to you contained some line entries that were redundant or blank. Those line entries have been deleted in this revised report, which changes the numbering but not the order of the entries in this revised entry when compared to the original submission. Lines deleted from the initial submission are lines 41, 59, 78, 79, 130, 132, and 142.

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 10/14/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David M. Ebel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544